

11 SUNRISE PLAZA, STE. 305
VALLEY STREAM, NY 11580
(516) 233-1660
WWW.LIEBOWITZLAWFIRM.COM

July 24, 2020

Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 1007

Re:     ***Verch v. Blockchain Technologies Corporation (1:20-cv-2631-LJL)***

Dear Judge Liman,

We represent Plaintiff, Marco Verch, in the above in-captioned case. Defendant has yet to respond to the complaint which is past due. Defendant is currently in default. We respectfully request that the initial conference scheduled for July 30, 2020 be adjourned. Plaintiff will file its default motion within the next 30 days.

The Court's consideration is much appreciated.

Respectfully submitted,

/s/Richard Liebowitz
Richard P. Liebowitz

*Counsel for Plaintiff Marco Verch*

Application GRANTED. The conference previously scheduled for July 30, 2020 is CANCELLED. Plaintiff shall file any motion for default judgment within 30 days of this order.

7/24/2020

LEWIS J. LIMAN
United States District Judge

Liebowitz Law Firm, PLLC