**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MARCO VERCH,

              Plaintiff,

                                                        20 **CIVIL** 2631 (LJL)

        -against-                                **DEFAULT JUDGMENT**

BLOCKCHAIN TECHNOLOGIES
CORPORATION,
              Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the Court's Memorandum & Order dated March 30, 2021, default judgment is GRANTED against Defendant in the amount of $2,000. Plaintiff's request for $1,275 in fees and $440 in costs is also GRANTED; accordingly, the case is closed.

**DATED**: New York, New York
            March 30, 2021

                                                      **RUBY J. KRAJICK**
                                                      **Clerk of Court**

                              **BY**: _K. Mango_____
                                                     **Deputy Clerk**